UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA A. HAMILTON,<br><br>       Plaintiff,<br><br>-against-<br><br>STEVEN J. BAUM P.C. by PATRICIA ESDINSKY, ESQ., et al.,<br><br>       Defendants. | 1:19-CV-9118 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  By order dated October 15, 2019, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of Plaintiff's remaining claims for failure to state a claim on which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's remaining claims for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 8, 2020
     New York, New York

                   *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.