UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA A. HAMILTON,<br><br>        Plaintiff,<br><br>-against-<br><br>STEVEN J. BAUM P.C. BY PATRICIA ESDINSKY, ESQ., ET AL.,<br><br>        Defendants. | 1:19-CV-9118 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the orders issued October 15, 2019, and January 8, 2020, dismissing Plaintiff's claims under the *Rooker-Feldman* doctrine and for failure to state a claim on which relief may be granted,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 9, 2020
    New York, New York

                  _Louis L. Stanton_
                   Louis L. Stanton
                   U.S.D.J.